[No. 70163-1-I. Division One. April 14, 2014.]

KATHERINE CANNING, *Respondent*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-22818-3, Bruce E. Heller, J., entered March 1, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Grosse, J. Pro Tem., concurred in by Appelwick and Lau, JJ.

[No. 43059-2-II. Division Two. April 15, 2014.]

THE CITY OF OLYMPIA, *Respondent*, v. AARON HULET, *Petitioner*.

Appeal from a judgment of the Superior Court for Thurston County, No. 11-1-00977-1, Gary R. Tabor, J., entered February 10, 2012. *Affirmed* by unpublished opinion per Lee, J., concurred in by Maxa, J., and Penoyar, J. Pro Tem.

[No. 43877-1-II. Division Two. April 15, 2014.]

SHAOUL S. HAI, *Appellant*, v. STL INTERNATIONAL, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-2-16871-4, Garold E. Johnson, J., entered July 27, 2012. *Affirmed* by unpublished opinion per Lee, J., concurred in by Maxa, J., and Penoyar, J. Pro Tem.

[No. 43938-7-II. Division Two. April 15, 2014.]

PHILIP BRENT PLATTNER, *as Trustee, Appellant*, v. ROBERT K. BONNETT ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Mason County, No. 08-2-00983-5, Amber L. Finlay, J., entered August 14, 2012. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Johanson and Lee, JJ.